UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| TRENTON FORGING COMPANY, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Case No. 3:17-cv-470 |
| v. | ) |
| | ) Judge Mattice |
| DESTRUCTIVE DEVICES | ) Magistrate Judge Poplin |
| INDUSTRIES, LLC, | ) |
| | ) |
| *Defendant.* | ) |

## **ORDER**

On May 23, 2018, the Court referred Plaintiff's Motion for Default Judgment (Doc. 19) to United States Magistrate Judge Debra C. Poplin for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). (Doc. 20). On August 17, 2018, Magistrate Judge Debra C. Poplin filed her Report and Recommendation (Doc. 26), recommending that Plaintiff's Motion for Default Judgment be granted, judgment be entered against Defendant for breach of the parties' contract, and Plaintiff awarded $78,376.80, plus post-judgment interest and costs of this action. (Doc. 26 at 5-6). Defendant has not filed an objection to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Poplin's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Poplin's

---

[1] Magistrate Judge Poplin specifically advised that Defendant had 14 days in which to object to the Report and Recommendation and that failure to do so would waive Defendant's right to appeal. (Doc. 26 at 5 n.2); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

findings of fact and conclusions of law. Plaintiff's Motion for Default Judgment (Doc. 19) is hereby **GRANTED**. Plaintiff is entitled to judgment against Defendant for breach of the parties' contract and is awarded $78,376.80 therefor, plus post-judgment interest and costs of this action.

**SO ORDERED** this 16th day of October, 2018.

              */s/ Harry S. Mattice, Jr.*
              HARRY S. MATTICE, JR.
              UNITED STATES DISTRICT JUDGE